MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
GIOCONDA R. MOLINARI (CSBN 177726)
DOUGLAS CHANG (HA Bar No. 2922)
Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-7220
        Facsimile:  (415) 436-6748
        E-mail:gioconda.molinari@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 12-4024 LB (EDL) |
| | ) | |
| Plaintiff, | ) | **DISMISSAL OF ACTION** |
| | ) | **[~~PROPOSED~~] ORDER** |
| v. | ) | |
| | ) | |
| CALIFORNIA OF RURAL INDIAN HEALTH | ) | |
| BOARD, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        1.  Under Fed. R. Civ. P. 41(a)(1), the United States hereby dismisses this action with

prejudice.

        2.  No answer has been filed, and no parties other than the United States and Defendant

have appeared in this action.

//

//

//

//

//

1     Respectfully submitted,

2     MELINDA HAAG
      United States Attorney
3   DATED: May 7, 2013

4     By:_____/s/_____
5     Gioconda R. Molinari
      Assistant United States Attorney
6     Attorneys for Plaintiff, the United States of America

7   //

8   //

9   //

10

11

12                    [PROPOSED] ORDER

13        1.  This action is dismissed with prejudice.

14        2.  The Court shall retain jurisdiction over any dispute that may arise regarding

15   compliance with the Settlement Agreement.

16

17        IT IS SO ORDERED,

18

19      Dated: May 8, 2013        _____

20                                HON. LAUREL BEELER
                                  United States Magistrate Judge
21

22

23

24

25

26

27

28
DIMISSAL OF ACTION; [PROPOSED] ORDER
NO. CV 12-4024 LB(EDL)